# U.S. District Court
# Eastern District of California – Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:25−cv−00206−DC−AC

Griffin v. Powerschool Group LLC  
Assigned to: District Judge Dena M. Coggins  
Referred to: Magistrate Judge Allison Claire  
Related Cases:  2:25−cv−00096−DC−AC  
                2:25−cv−00110−DC−AC  
                2:25−cv−00136−DC−AC  
                2:25−cv−00139−DC−AC  
                2:25−cv−00140−DC−AC  
                2:25−cv−00141−DC−AC  
                2:25−cv−00152−DC−AC  
                2:25−cv−00159−DC−AC  
                2:25−cv−00093−DC−AC  
                2:25−cv−00165−DC−AC  
                2:25−cv−00098−DC−AC  
                2:25−cv−00171−DC−AC  
                2:25−cv−00173−DC−AC  
                2:25−cv−00203−DC−AC  
                2:25−cv−00204−DC−AC  
                2:25−cv−00207−DC−AC  
                2:25−cv−00208−DC−AC  
                2:25−cv−00209−DC−AC  
                2:25−cv−00210−DC−AC  
                2:25−cv−00211−DC−AC  
                2:25−cv−00230−DC−AC  
                2:25−cv−00231−DC−AC  
                2:25−cv−00232−DC−AC  
                2:25−cv−00252−DC−AC  
                2:25−cv−00259−DC−AC  
                2:25−cv−00310−DC−AC  
                2:25−cv−00393−DC−AC  
                2:25−cv−00410−DC−AC  
                2:25−cv−00426−DC−AC  
                2:25−cv−00427−DC−AC  
                2:25−cv−00444−DC−AC  
                2:25−cv−00485−DC−AC  
                2:25−cv−00498−DC−AC  
                2:25−cv−00514−DC−AC  
                2:25−cv−00517−DC−AC  
                2:25−cv−00519−DC−AC  

Date Filed: 01/15/2025  
Date Terminated: 04/18/2025  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

2:25−cv−00709−DC−AC

Cause: 28:1332 Diversity−Contract Dispute

**Plaintiff**

**Dale Griffin**  
*individually and on behalf of his minor child, Z.G.*

represented by **Kristen Lake Cardoso**
Kopelowitz Ostrow P.A.
One West Las Olas Boulevard
Suite 500
Fort Lauderdale, FL 33301
954−990−2218
Fax: 954−525−4300
Email: cardoso@kolawyers.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PowerSchool Group LLC**

represented by **Anne Johnson Palmer**
Ropes & Gray LLP
Three Embarcadero Center
San Francisco, CA 94111
415−315−6300
Email: Anne.JohnsonPalmer@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Sheilah Buack−Shelton**

represented by **Timothy Z. LaComb**
MoginRubin LLP
4225 Executive Square, Suite 600
La Jolla, CA 92037
619−798−5362
Email: tlacomb@moginlawllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Stance Schudy**

represented by **Timothy Z. LaComb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Megan Joseph**

represented by **Joseph R. Saveri**
Joseph Saveri Law Firm, LLP
601 California St.
Suite 1505
San Francisco, CA 94108
415−500−6800
Fax: 415−395−9940
Email: jsaveri@saverilawfirm.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Dale Kidder**                                     represented by   **Joseph R. Saveri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Emily Kidder**                                    represented by   **Joseph R. Saveri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2025 | 1 | COMPLAINT against Powerschool Group LLC by Dale Griffin. Attorney Cardoso, Kristen Lake added. (Filing fee $ 405, receipt number ACAEDC−11976734) (Attachments: # 1 Civil Cover Sheet) (Cardoso, Kristen) (Entered: 01/15/2025) |
| 01/15/2025 | 2 | SUMMONS ISSUED as to *PowerSchool Group, LLC* with answer to complaint due within *21* days. Attorney *Kristen Lake Cardoso* *Kopelowitz Ostrow P.A.* *One West Las Olas Boulevard, Suite 500* *Fort Lauderdale, FL 33301*. (Deputy Clerk OML) (Entered: 01/15/2025) |
| 01/15/2025 | 3 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Form, # 2 VDRP) (Deputy Clerk OML) (Entered: 01/15/2025) |
| 01/21/2025 | 4 | NOTICE of RELATED CASE(S) 2:25−cv−00093−JAM−AC, 2:25−cv−00171−JDP, 2:25−cv−00165−DC−JDP, 2:25−cv−00211−SCR, 2:25−cv−00203−DC−SCR, 2:25−cv−00208−CKD, 2:25−cv−00209−AC, 2:25−cv−00210−WBS−AC, 2:25−cv−00207−DAD−CSK, 2:25−cv−00211−SCR by Sheilah Buack−Shelton, S. S.. Attorney LaComb, Tim added. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(LaComb, Tim) (Entered: 01/21/2025) |
| 01/23/2025 | 5 | NOTICE of RELATED CASE(S) 2:25−cv−00252−DJC−JDP, 2:25−cv−00259−JDP, 2:25−cv−00256−JDP, 2:25−cv−00271−AC by Sheilah Buack−Shelton, S. S.. (LaComb, Tim) (Entered: 01/23/2025) |
| 02/21/2025 | 6 | NOTICE of RELATED CASE(S) 2:25−cv−00517−AC by Megan Joseph, Dale Kidder, Emily Kidder. Attorney Saveri, Joseph R. added. (Saveri, Joseph) (Entered: 02/21/2025) |
| 03/17/2025 | 7 | JOINT MOTION for EXTENSION of TIME to FILE ANSWER by PowerSchool Group LLC. Attorney Johnson Palmer, Anne added. (Attachments: # 1 Exhibit A − MDL Motion, # 2 Exhibit B − MDL Second Amended Schedule of Actions, # 3 Proposed Order)(Johnson Palmer, Anne) (Entered: 03/17/2025) |
| 03/17/2025 | 8 | CORPORATE DISCLOSURE STATEMENT by Defendant PowerSchool Group LLC. (Johnson Palmer, Anne) (Entered: 03/17/2025) |
| 03/17/2025 | 9 | WAIVER of SERVICE RETURNED EXECUTED: Waiver sent to PowerSchool Group LLC on 3/14/2025, Answer due 5/13/2025 (Cardoso, Kristen) (Entered: 03/17/2025) |
| 03/18/2025 | 10 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 3/18/2025 GRANTING 7 Motion for Extension of Time to Answer, Move, or Otherwise Respond to the Complaint. (Deputy Clerk RRB) |

| | | |
|---|---|---|
| | | (Entered: 03/18/2025) |
| 04/08/2025 | Ï 11 | ORDER RELATING CASES signed by District Judge Dena M. Coggins on 04/08/25 RELATING cases 2:25−cv−00093−DC−AC, 2:25−cv−00096−CSK, 2:25−cv−00098−DC−SCR, 2:25−cv−00110−SCR, 2:25−cv−00136−SCR, 2:25−cv−00139−CKD, 2:25−cv−00140−DC−CSK, 2:25−cv−00141−DAD−CSK, 2:25−cv−00152−DC−SCR, 2:25−cv−00159−DAD−AC, 2:25−cv−00165−DC−JDP, 2:25−cv−00171−JDP, 2:25−cv−00173−DAD−SCR, 2:25−cv−00203−DC−SCR, 2:25−cv−00204−DAD−JDP, 2:25−cv−00206−CKD, 2:25−cv−00207−DAD−CSK, 2:25−cv−00208−CKD, 2:25−cv−00209−AC, 2:25−cv−00210−WBS−AC, 2:25−cv−00211−SCR, 2:25−cv−00230−DC−JDP, 2:25−cv−00231−DJC−AC, 2:25−cv−00232−DJC−CSK, 2:25−cv−00252−DJC−JDP, 2:25−cv−00256−DC−JDP, 2:25−cv−00259−JDP, 2:25−cv−00271−AC,. 2:25−cv−00310−DJC−CSK, 2:25−cv−00393−DJC−JDP, 2:25−cv−00410−JDP, 2:25−cv−00426−DJC−CSK, 2:25−cv−00427−SCR, 2:25−cv−00431−CKD, 2:25−cv−00444−WBS−AC, 2:25−cv−00485−TLN−CKD, 2:25−cv−00498−AC, 2:25−cv−00514−CSK, 2:25−cv−00517−AC, 2:25−cv−00519−DC−JDP, 2:25−cv−00709−SCR. This related case is REASSIGNED to District Judge Dena M. Coggins and Magistrate Judge Allison Claire for all further proceedings Magistrate Judge Carolyn K. Delaney no longer assigned to case. New Case Number: 2:25−cv−0206 DC AC. (Deputy Clerk VLC) (Entered: 04/08/2025) |
| 04/18/2025 | Ï 12 | MDL ORDER. CASE TRANSFERRED to the Southern District of California. Electronic Records Sent. MDL Case No. 3149. CASE CLOSED. (Deputy Clerk RMG) (Entered: 04/18/2025) |